# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2423
_____

CHRISTOPHER E. COTTRELL,

    Appellant,

    v.

TOMMY FORD, Sheriff of Bay
County,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

May 6, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher E. Cottrell, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.